IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                        :
**SHARONDA CHEEVES**                    :          CIVIL ACTION
                                                        :
                                                        :
          v.                                            :
                                                        :
                                                        :
**HYDE SC 200 GROUP, LLC**           :          NO. 19-2333
                                                        :
_____:

## O R D E R

   **AND NOW**, this  3rd  day of October, 2019, upon consideration of the parties' request for a settlement conference, it is hereby **ORDERED** that the above captioned case is **REFERRED** to United States Magistrate Judge Elizabeth Hey for a settlement conference.

          **SO ORDERED.**

                                                        BY THE COURT:

                                                         _/s/ Robert F. Kelly_____
                                                        HONORABLE ROBERT F. KELLY